IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00823-PSF-MJW

GRAHAM MCKINLEY,

    Plaintiff,

v.

CITIMORTGAGE, INC., a New York corporation, as assignee of
AURORA LOAN SERVICES, LLC, a Delaware corporation
(a Lehman Brothers Company); and
ASPEN VALLEY MORTGAGE CORPORATION,

    Defendants.

## ORDER SETTING TRO HEARING

This matter is before the Court on Plaintiff's Motion for Temporary Restraining Order (Dkt. # 2). The Court hereby

ORDERS that a telephonic hearing on the motion for a temporary restraining is set for **Monday, May 1, 2006 at 2:30 p.m.** before the undersigned. Plaintiff's counsel is DIRECTED to arrange with any other counsel wishing to participate to call Chambers (303-335-2174) on <u>one conference land line</u> **(no speaker, cordless or cell phones permitted)** at the appropriate time to begin the hearing.

DATED: May 1, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge