IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00823-PSF-MJW

GRAHAM MCKINLEY,

    Plaintiff,

v.

CITIMORTGAGE, INC., a New York corporation, as assignee of
AURORA LOAN SERVICES, LLC, a Delaware corporation
(a Lehman Brothers Company); and
ASPEN VALLEY MORTGAGE CORPORATION,

    Defendants.

## ORDER DISMISSING DEFENDANT ASPEN VALLEY MORTGAGE CORPORATION

This matter is before the Court on Plaintiff's Motion to Dismiss Defendant Aspen Valley Mortgage Corporation (Dkt. # 21). The Court, being fully advised in the premises, hereby ORDERS that the motion is GRANTED and Defendant Aspen Valley Mortgage Corporation is DISMISSED WITHOUT PREJUDICE from this action. It is

FURTHER ORDERED that the caption of subsequent filings will be changed to reflect the removal of Aspen Valley Mortgage Corporation as a defendant in this matter.

DATED: August 31, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*
                                            _____
                                            Phillip S. Figa
                                            United States District Judge