UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00823-PSF-MJW

GRAHAM McKINLEY,

      Plaintiff,

vs.

CITIMORTGAGE, INC., a New York corporation, as assignee of
Aurora Loan Services, LLC; and
AURORA LOAN SERVICES, LLC, a Delaware corporation,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT CITIMORTGAGE, INC.

---

     This matter is before the Court on the Stipulation of Dismissal, With Prejudice (Dkt. # 28) of all claims filed by Plaintiff Graham McKinley ("McKinley") against Defendant CitiMortgage, Inc. ("CitiMortgage").

     The Court, having reviewed the stipulation and the pertinent portions of the file, being otherwise fully advised, and finding the stipulation to be well-founded, hereby ORDERS that all claims filed by Plaintiff McKinley against Defendant CitiMortgage are DISMISSED WITH PREJUDICE, each party to bear his or its own costs, expenses and attorneys' fees.

IT IS FURTHER ORDERED that the caption of future pleadings be changed to reflect that Aurora Loan Services, LLC is the remaining, sole defendant in this matter.

DATED:  October 23, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge