IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-CV-00823-PSF-MJW

GRAHAM McKINLEY

    Plaintiff,

vs.

AURORA LOAN SERVICES LLC, a Delaware corporation
(a Lehman Brothers Company),

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Dkt. # 31).  The Court, having reviewed the stipulation and being otherwise sufficiently advised, hereby ORDERS that this civil action and all claims alleged therein against Defendant Aurora Loan Services LLC are DISMISSED WITH PREJUDICE, each party to bear his or its own costs, expenses and attorneys' fees pursuant to the settlement agreement dated December 15, 2006.

    DATED:  January 16, 2007

                                                                                               BY THE COURT:

                                                                             *s/ Phillip S. Figa*

                                                                             Phillip S. Figa
                                                                             United States District Judge